# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Matthew W Sharpe

                          Plaintiff,

v.                                             Case No.: 1:11–cv–04441
                                               Honorable Sharon Johnson Coleman

Wisconsin Central Limited

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 16, 2011:

       MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 12/16/2011. After consideration of the defendant's motion to dismiss, the Court notes that the regulation governing the plaintiff's right to bring an action in the district court without exhaustion of the administrative review process, 29 C.F. R. 1982.114(b), requires that the plaintiff serve notice of his intent to file that action upon the administrative tribunal and the opposing parties. The Court further notes that it is undisputed that the plaintiff failed to serve the required notice in this case, and that there is no current precedent in this circuit suggesting that the regulation's mandatory language may be disregarded. Defendant's motion to dismiss [11] is accordingly granted, and the case is dismissed with prejudice.Civil case terminated. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.